# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# Civil Action No. 3:16-cv-00708-RJC-DSC

| | |
|---|---|
| SUMMER AMMARELL, )<br>)<br>  *Plaintiff and Counterclaim Defendant*, )<br>)<br>v. )<br>)<br>)<br>MEGAN FRANCE, )<br>)<br>  *Defendant, Counterclaim Plaintiff, and* )<br>  *Third Party Plaintiff*, )<br>)<br>RYAN AMMARELL, an individual, and )<br>JOHN AND/OR JANE DOES 1-20, )<br>)<br>  *Third Party Defendants*. ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's "Motion for Extension of Discovery and Alternative Dispute Resolution Deadlines and Motion for Protective Order" (document #31), "Plaintiff's ... Motion to Compel Discovery …" (document #32), "Plaintiff's … Motion to Compel Deposition [of] Defendant" (document #33), as well as the parties' briefs and exhibits.

For the reasons stated in Plaintiff's briefs, the Court finds that she is entitled to the relief sought in her Motions to Compel. Accordingly, those Motions (documents ## 32 and 33) are <u>granted</u>. Defendant's "Motion for Protective Order" (document #31) is <u>denied</u>.

On or before June 22, 2018, Defendant shall serve responses to Plaintiff's discovery requests. Production shall be full, complete, without objection and verified by Defendant.

On or before June 22, 2018, Defendant shall appear for her deposition at a time and place noticed by Plaintiff.

Having conferred with the chambers of the Honorable Robert J. Conrad, Jr., the discovery deadline is extended to July 9, 2018, the dispositive motions deadline is extended to July 23, 2018, and the mediation deadline is extended to July 23, 2018.

Defendant's "Motion for Extension of Discovery and Alternative Dispute Resolution Deadlines… " (document #31) is denied as moot.

The parties will bear their own costs at this time.

The Clerk is directed to send copies of this Order to the parties' counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: May 2, 2018

David S. Cayer
United States Magistrate Judge